UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EWAN SAMUELS,

        Plaintiff,

-vs-                                  Case No. 6:06-cv-691-Orl-28JGG

SGM ENTERPRISES, INC., ANURADHA
G. PAI,

        Defendants.

## ORDER

This case is before the Court on the Joint Notice of Filing and Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 29) filed April 13, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 8, 2007 (Doc. No. 34) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement Agreement is **GRANTED.**

    3.    The Settlement is **APPROVED** but the Court declines to enforce the confidentiality provision of the Settlement Agreement.

4. Plaintiff shall have fifteen (15) days from the date of this Order to file a Notice of Dismissal with prejudice of this action.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __30__ day of May, 2007.

```
                              JOHN ANTOON II
                              United States District Judge
```

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party